FILED
CLERK, U.S. DISTRICT COURT

MAR 13 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MJ 13-787 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| PEDRO MARTINEZ-ALVAREZ | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (X)   the appearance of defendant as required; and/or

(B)  ( )   the safety of any person or the community.

//
//

1     The court concludes:

2 A. ( ) Defendant poses a risk to the safety of other persons or the community
3     because defendant has not demonstrated by clear and convincing
4     evidence that:

5 _____
6 _____
7 _____
8 _____

10 (B) (X) Defendant is a flight risk because defendant has not shown by clear
11     and convincing evidence that:
12     *Felony convictions*
13     *Instant allegations*
14 _____
15 _____

17     IT IS ORDERED that defendant be detained.

19 DATED: 3-13-2013

                        /s/ John E. McDermott
                        JOHN E. MCDERMOTT
                      UNITED STATES MAGISTRATE JUDGE